**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXECWARE, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DOLLAR GENERAL CORP.,<br><br>          Defendant. | C.A. No. 14-236-LPS-CJB |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above captioned parties move the Court for an order dismissing all claims between Execware, LLC ("Execware") and Dollar General Corporation ("Dollar General") without prejudice.

Execware and Dollar General have agreed that each shall bear their own costs and attorneys' fees and that the dismissal of Dollar General will not count as a previous dismissal under Fed. R. Civ. P. 41(a)(1)(B) or Fed. R. Civ. P. 41(d).

A proposed order is attached.

Dated: September 2, 2015

| BAYARD, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Sara E. Bussiere* | */s/ Jeremy D. Anderson* |
| Richard D. Kirk (rk0922) | Jeremy D. Anderson (#4515) |
| Stephen B. Brauerman (sb4952) | Susan M. Coletti (#4690) |
| Vanessa R. Tiradentes (vt5398) | 222 Delaware Ave., 17th Floor |
| Sara E. Bussiere (sb5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 652-5070 |
| Wilmington, DE 19801 | janderson@fr.com |
| (302) 655-5000 | coletti@fr.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | Neil J. McNabnay |
| Zachariah S. Harrington | David Conrad |
| Matthew J. Antonelli | Matthew Colvin |
| Larry D. Thompson, Jr. | Theresa M. Dawson |
| Peter J. Corcoran, III | FISH & RICHARDSON P.C. |
| ANTONELLI, HARRINGTON & | 1717 Main Street, Suite 5000 |
| THOMPSON LLP | Dallas, Texas 75201 |
| 4200 Montrose Blvd., Ste. 430 | (214) 747-5070 |
| Houston, TX 77006 | mcnabnay@fr.com |
| (713) 581-3000 | conrad@fr.com |
| zac@ahtlawfirm.com | colvin@fr.com |
| matt@ahtlawfirm.com | tdawson@fr.com |
| larry@ahtlawfirm.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Dollar General Corporation* |
| *Execware, LLC* | |